IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

M.A., Father of N.M.A-B., A CHILD,

      Appellant,

v.

      Case No. 5D21-2244
      LT Case No. 2018-DP-000131

GUARDIAN AD LITEM,

      Appellee.

_____/

Decision filed May 11, 2022

Appeal from the Circuit Court
for Osceola County,
Daniel Dawson, Judge.

Thomas J. Butler, of Thomas Butler, P.A.,
Miami Beach, for Appellant.

Sara E. Goldfarb, Statewide Director of Appeals,
and Samantha C. Valley, Senior Attorney, of
Statewide Guardian Ad Litem Program,
Tallahassee, for Guardian Ad Litem.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., COHEN and WALLIS, JJ., concur.